122 A.3d 1029

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Daniel L. SPUCK, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2015.

639

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of August, 2015, the Petition for Allowance of Appeal and Applications for Relief are **DENIED.**